FILED

09/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 20-0207

---

**KIRK EAKIN and CATHY EAKIN**,

Plaintiffs and Appellants,

v.

**STATE OF MONTANA and LEO GALLAGHER**,

Defendants and Appellees.

---

**ORDER**

---

Upon unopposed motion of Appellants,

IT IS HEREBY ORDERED that Appellants' Reply Brief be filed on or before September 11, 2020.

DATED this _____ day of September, 2020.

By:_____
Bowen Greenwood
Clerk of Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 3 2020